UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

SCOTT WAYNE CANADA                                                          PLAINTIFF

v.                                                            CIVIL ACTION NO. 5:10CV-P6-R

DAVID A. TAPP *et al.*                                                      DEFENDANTS

## MEMORANDUM AND ORDER

Plaintiff Scott Wayne Canada, an inmate at Western Kentucky Correctional Complex, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, against Pulaski Circuit Court Judge David A. Tapp and Pulaski County Commonwealth's Attorney Eddy F. Montgomery. Seeking damages, Plaintiff alleges a violation of his equal protection rights when Defendant Montgomery filed a motion for injunction against HB 406 and when Defendant Judge Tapp granted the injunction.

There is no special venue statute for § 1983 civil rights actions. Therefore, 28 U.S.C. § 1391 controls. Under § 1391(b), civil actions not based solely on diversity of citizenship may be brought only in:

> (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

The events set forth in the complaint allegedly occurred in Pulaski County, which is located in the Eastern District of Kentucky. *See* 28 U.S.C. § 97(a). Additionally, Defendants presumably reside in the Eastern District of Kentucky. Therefore, proper venue for this complaint lies in that district.

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if in the interest of justice, transfer such case to any district or division in which it could have been brought." In the interest of justice,

**IT IS ORDERED that the instant action shall be TRANSFERRED to the United States District Court for the Eastern District of Kentucky, Southern Division at London,** pursuant to 28 U.S.C. § 1406(a) for all further proceedings. All further filings shall be filed with that court.

Date:


cc: Plaintiff, *pro se*
      Clerk, Eastern District of Kentucky
4413.005